# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 17-03545-FPC |
| ROGER A. STADTMUELLER, | **ORDER GRANTING DEBTOR'S MOTION TO USE PROPERTY OF THE ESTATE AND ORDER GRANTING MOTION TO SHORTEN TIME** |
| Debtor. | |

This matter having come before the Court on the Debtor's Motion for an order to use property of the estate outside the ordinary course of business and Motion to Shorten Time [ECF #68], and the time for objections having expired, and no objection having been received or filed, now therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT: There is good cause to grant the Debtor's Motions, and the Debtor's Motion for an Order to use Property of the Estate and Motion to Shorten Time is GRANTED.

Presented by:
WINSTON & CASHATT, LAWYERS

*/s/ Timothy R. Fischer*
_____
TIMOTHY R. FISCHER

ORDER GRANTING DEBTOR'S MOTION TO USE PROPERTY OF THE ESTATE AND ORDER GRANTING MOTION TO SHORTEN TIME- Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131