JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Roger Andrew Stadtmueller

Debtor

Case No. 17-03545-FPC11

UNITED STATES TRUSTEE'S NOTICE OF AND MOTION TO DISMISS OR CONVERT

PLEASE TAKE NOTICE that the United States Trustee moves the court for an order dismissing this case or converting it to a case under Chapter 7. The United States Trustee does so pursuant to §1112(b) of the Bankruptcy Code for the following reason(s):

1. The Debtor has not provided the United States Trustee with evidence showing that adequate insurance is in place on the property of the estate. The following policies which were in place when the case was filed have expired by their terms and the Debtor has not provided the United States Trustee with evidence showing that they have been renewed or replaced, despite repeated requests by the United States Trustee for that information:

| **Property** | **Policy #** | **Expiration Date** |
|---|---|---|
| 2001 SEA DOO | SF47B8D5737 | 06/25/2018 |
| 1997 BAYLINER | SF47B8E5258 | 06/25/2018 |
| 2013 CADILLAC | SF3777427F2547A | 06/25/2018 |
| 2008 FLEETWOOD | SF3784350F2547B | 06/25/2018 |
| 2010 HARLEY | SF3778680F2547A | 06/25/2018 |
| 2001 SEA DOO | SF47B8L7957 | 07/13/2018 |

United States Trustee's Motion to Dismiss or Convert - 1

The United States Trustee further requests that if conversion to Chapter 7 is ordered, that the order to convert contain the following language:

> It is further ordered that the debtor pay to the United States Trustee all fees payable under 28 U.S.C. § 1930(a)(6).

For all of the foregoing reasons, the United States Trustee asks the Court to enter an order either dismissing this case or converting it to one under Chapter 7 of the Bankruptcy Code.

UNLESS YOU FILE A written objection with the clerk of the above-entitled court either (1) by CM/ECF for electronic filers, or (2) at 420 E. Yakima Avenue, Suite 200, Yakima, WA 98901 or 904 West Riverside Avenue, Room 304, Spokane, Washington 99201, and serve a copy on the undersigned, and on the trustee, within 24 days of the date of this notice, an order may be entered without further notice to you.

Dated: August 21, 2018

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee

/s/ James D. Perkins
JAMES D. PERKINS
Attorney for the United States Trustee

United States Trustee's Motion to Dismiss or Convert - 2