The Honorable Frederick P. Corbit
Chapter 11
Hearing Location: 904 W. Riverside Ave.
Hearing Date: 1/31/2019
Hearing Time: 1:30 p.m.
Response Date: 1/17/2019

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

SPOKANE/YAKIMA DIVISION

In re:

Roger Andrew Stadtmueller,

Debtor.

) Chapter 11
)
) Case No. 17-03545-FPC11
)
)
)
) **CERTIFICATE OF SERVICE**
)

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

Motion to Dismiss Page 1

The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On December 11, 2018 I served the following documents described as:

- **NOTICE OF DRI MORTGAGE OPPORTUNITY FUND LP'S MOTION TO DISMISS CHAPTER 11 CASE**
- **DRI MORTGAGE OPPORTUNITY FUND LP'S MOTION TO DISMISS CHAPTER 11 CASE**
- **DECLARATION IN SUPPORT OF DRI MORTGAGE OPPORTUNITY FUND LP'S MOTION TO DISMISS CHAPTER 11 CASE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | | |
|---|---|---|
| Roger Andrew Stadtmueller<br>3611 W. Strong Rd<br>Spokane, WA 99208-8447 | Belinda Stadtmueller<br>PO Box 48044<br>Spokane, WA 99228-1044 | Timothy R. Fischer<br>Winston & Cashatt, Lawyers<br>601 W. Riverside Avenue, #1900<br>Spokane, WA 99201-0695 |
| United States Trustee<br>920 West Riverside Avenue<br>Suite 593<br>Spokane, WA 99201-1012 | Attorney General's Office<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | Federal National Mortgage Assoc<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Nationstar Mortgage LLC<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | Specialized Loan Servicing LLC<br>8742 S. Lucent Blvd<br>Suite 300<br>Highlands Ranch, CO 80129-2386 |

Motion to Dismiss Page 2     The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010

17-03545-FPC11    Doc 133-2    Filed 12/11/18    Entered 12/11/18 11:10:30    Pg 2 of 4

| | | |
|---|---|---|
| State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | U.S. Bank National Association<br>Zieve, Brodnax & Steele, LLP<br>11335 NE 122nd, Suite 105<br>Kirkland, WA 98034-6933 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 |
| Spokane-Yakima<br>904 W Riverside Ave, Suite 304<br>PO Box 2164<br>Spokane, WA 99210-2110 | Al Stadtmueller<br>3310 S. Jefferson<br>Spokane, WA 99203-1419 | Bank Of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 |
| Bank of America<br>PO Box 15028<br>Wilmington, DE 19850 | Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Belinda Stadtmueller<br>1216 E Carlson Ct<br>Spokane WA 99208-6467 |
| Belinda Stadtmueller<br>PO Box 48044<br>Spokane, WA 99228-1044 | California Board of Accountancy<br>2000 Evergreen St Suite 250<br>Sacramento CA 95815-3832 | Capital One Bank USA<br>PO Box 30281<br>Salt Lake City UT 84130-0281 |
| Chase Card<br>PO Box 15298<br>Wilmington DE 19850-5298 | Colorado Board of Accountancy<br>1560 Broadway, Suite 1340<br>Denver CO 80202-5146 | DSHS<br>PO Box 9501<br>Olympia WA 98507-9501 |
| DSHS Division Of Child Support<br>Washington State Support Registry<br>PO BOX 11520<br>Tacoma. WA 98411-5520 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 19101-7346 | FJB CO Inc<br>6808 S. Prairie View Lane<br>Spokane WA 99223-1867 |
| FV-I, Inc. Trustee<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | Federal National Mortgage Association<br>c/o Seterus, Inc.<br>P.O. Box 1047<br>Hartford, CT 06143-1047 | Flagstar Bank<br>PO Box 371891<br>Pittsburgh PA 15250-7891 |
| Francis Babineau<br>6808 S. Prairie View Lane<br>Spokane WA 99223-1867 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMorgan Chase Bank National<br>Correspondence Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe LA 71203-4774 |

Motion to Dismiss Page 3

The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010

17-03545-FPC11    Doc 133-2    Filed 12/11/18    Entered 12/11/18 11:10:30    Pg 3 of 4

| Nationstar Mortgage<br>P.O. Box 650783<br>Dallas TX 75265-0783 | Nationstar Mortgage LLC<br>D/B/A Mr.Cooper<br>ATTN: Bankruptcy Dept<br>PO Box 619094<br>Dallas TX 75261-9094 | Nevada Board of Accountancy<br>1325 Airmotive Way Ste 220<br>Reno NV 89502-3240 |
|---|---|---|
| Oregon Board of Accountancy<br>3218 Pringle Road S.E. Suite 110<br>Salem OR 97302-6305 | Quality Loan Service Corp of WA<br>c/o Quality Loan Service Corp<br>411 Ivy St.<br>San Diego CA 92101-2108 | ROGER ANDREW STADTMUELLER<br>3611 W. Strong Road<br>Spokane, WA 99208-8447 |
| Seterus<br>PO Box 1077<br>Hartford CT 06143-1077 | Specialized Loan Service<br>8742 Lucent Blvd., Ste 300<br>Highlands Ranch CO 80129-2386 | State of Washington<br>DSHS Support Enforcement<br>PO Box 11520<br>Tacoma WA 98411-5520 |
| Texas Board of Accountancy<br>333 Guadalupe St. #3, Ste 900<br>Austin TX 78701-3900 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Bank National Association et al.<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 |
| U.S. Bank Trust National Association, as Tru<br>C/O SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501-0305 | US BANKCb Disputes<br>PO Box 108<br>Saint Louis MO 63166-0108 | Washington Board of Accountancy<br>711 Capitol Way S., Suite 400<br>Olympia WA 98501-1293 |

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 11, 2018, at Santa Ana, California

/s / *Steven P. Swartzell*
Steven P. Swartzell

Motion to Dismiss Page 4

The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010

17-03545-FPC11    Doc 133-2    Filed 12/11/18    Entered 12/11/18 11:10:30    Pg 4 of 4