|  |  |
|---|---|
| | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| | Hearing Location: 904 W. Riverside Ave. |
| | Hearing Date: 1/31/2019 |
| | Hearing Time: 1:30 p.m. |
| | Response Date: 1/17/2019 |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

SPOKANE/YAKIMA DIVISION

In re:

Roger Andrew Stadtmueller,

Debtor.

) Chapter 11
)
) Case No. 17-03545-FPC11
)
)
)
) **NOTICE OF DRI MORTGAGE**
) **OPPORTUNITY FUND LP'S MOTION TO**
) **DISMISS CHAPTER 11 CASE**

NOTICE OF HEARING

Notice of Motion to Dismiss Page 1

The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010

PLEASE TAKE NOTICE THAT DRI Mortgage Opportunity Fund LP ("Movant")'s Motion to Dismiss Chapter 11 Case (the "Motion") is SET FOR HEARING AS FOLLOWS:

Judge: Frederick P. Corbi  Date: 1/31/2019

Place: 904 W. Riverside Ave.  Time: 1:30

Courtroom: 1/17/2019

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is January 17, 2019. IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: December 11, 2018        Respectfully Submitted,

THE LAW OFFICES OF MICHELLE GHIDOTTI

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq. WSBA #47798
Counsel for DRI Mortgage Opportunity Fund LP, its successors and/or assignees

Notice of Motion to Dismiss Page 2        The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010

17-03545-FPC11    Doc 134    Filed 12/11/18    Entered 12/11/18 11:12:20    Pg 2 of 2