
# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 17-03545-FPC11 |
| ROGER A. STADTMUELLER, | **FINDINGS OF FACT AND CONCLUSIONS OF LAW ON CONFIRMATION OF SECOND AMENDED PLAN** |
| Debtor in Possession. | |

THIS MATTER having come before the Court on August 8, 2019, on confirmation of Debtor's Second Amended Plan filed herein, as modified per Debtor's Supplement to the Plan [Dkt. No.*250*], the Stipulation as to U.S. Bank Trust NA [Dkt. No. 252], the Supplement as to Class 4 [Dkt. No. 263], the Stipulated Treatment as to Class 10 Secured Claim (Bank of America) [Dkt. Nos.*265/277*], the Supplement [Dkt. No. 281], the Stipulations being all fully incorporated herein by this reference (collectively, the "Plan"), the proposed Plan having been filed herein and having been transmitted to the Master Mailing List and all previously objecting parties, after proper notice, and the parties having resolved remaining objections, or the Court having overruled them, the objecting parties having been represented by counsel, and the Court having been fully advised, the Court now makes the following:

FINDINGS OF FACT AND CONCLUSIONS OF LAW ON
CONFIRMATION OF SECOND AMENDED PLAN- 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. The Debtor's Plan was submitted to Creditors and other parties in interest.

2. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law.

3. The provisions of Chapter 11 have been complied with as both to the Plan and the proponent; the Plan has been proposed in good faith and not by any means forbidden by law.

4. The Plan provides (i) each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor's estate was liquidated under Chapter 7 of the Code on such date, or (ii) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan;

5. Any payment made or to be made by the proponents, by the Debtor, or by a person issuing securities or acquiring property under the Plan, for services or for costs and expenses in or in connection with the case, or in connection with the Plan and incident to the case, has been approved by, or is subject to the approval of, the court as reasonable.

6. With respect to each impaired class of claims or interests, each holder of a claim or interest of such class has accepted the Plan; or will receive or retain under the Plan on account of such claim or interest property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

so receive or retain if the Debtor were liquidated under Chapter 7 of Title 11 U.S.C. on such date.

7. With respect to a claim of a kind specified in 11 U.S.C. § 507(a)(8) (taxes), the holder of such claim will receive on account of such claim regular installment payments in cash-of a total value, as of the effective date of the Plan, equal to the allowed amount of such claim; over a period ending not later than five (5) years after the date of the order for relief under 11 U.S.C. §§ 301, 302, or 303; and in a manner not less favorable than the most favored non-priority unsecured claim provided for by the Plan (other than cash payments made to a class of creditors under section 11 U.S.C. § 1122(b).

8. With respect to a secured claim which would otherwise meet the description of an unsecured claim of a governmental unit under 11 U.S.C. section 507 (a)(8), but for the secured status of that claim, the holder of that claim will receive on account of that claim, cash payments, in the same manner and over the same period, as described in Paragraph 6, above.

9. The value, as of the effective date of the Plan, of the property to be distributed under the Plan on account of such claim is not less than the amount of the claim, or the value of the property to be distributed under the Plan is not less than the projected disposable income of the debtor as defined in § 1325(b)(2) to be received during the 5-year period beginning on the date that the first payment is due under the Plan, or during the period for which the Plan provides payments, whichever is longer

10. At least one class of claims that is impaired under the Plan has accepted the Plan, determined without including any acceptance of the Plan by any insider.

FINDINGS OF FACT AND CONCLUSIONS OF LAW ON
CONFIRMATION OF SECOND AMENDED PLAN- 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

11. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the Plan, except for such liquidation or reorganization as proposed in the Plan.

12. All U.S. Trustee fees payable under § 1930 of title 28, as determined by the Court at the hearing on confirmation of the Plan, have been paid or the Plan provides for the payment of all such fees on the effective date of the Plan.

13. All domestic support obligations that may have existed have been settled and are to be paid pursuant to the terms of the Plan, as agreed to between the parties thereto.

14. With respect to a class of secured claims the Plan provides that each holder of a claim of such class receive or retain on account of such claim property of a value, as of the effective date of the Plan, equal to the allowed amount of such claim; or the holder of any claim or interest that is junior to the claims of such class will not receive or retain under the Plan on account of such junior claim or interest any property,

15. The Plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the plan.

NOW THEREFORE, having made the above Findings, the Court hereby concludes:

The Plan, including all Modifications and agreed revisions is confirmed.

/// END OF ORDER ///

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

Presented by:
WINSTON & CASHATT, LAWYERS
/s/ Timothy R. Fischer

_____
TIMOTHY R. FISCHER, WSBA No. 40075
Attorneys for Debtor-in-Possession

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131